**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, EFREN ABRAHAM LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 1:03-cr-5111-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| **EFREN ABRAHAM LOPEZ,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for November 14, 2014, at 1:30 p.m. be continued to **December 10, 2014, at 1:30 p.m.** before the Honorable Sheila K. Oberto.

The need for a continuance is based upon defense counsel's need for additional time to conduct defense investigation/review of evidence and to be able to fully advise the defendant.

Accordingly, counsel respectfully requests that the Status Conference relative to Efren Abraham Lopez be continued to December 10, 2014, at 1:30 p.m.

The parties stipulate and agree that time can be excluded under the Speedy Trial Act from November 14, 2014, to, and including, December 10, 2014, based upon counsel's need to

1

adequately prepare and review all discovery in this case and that the ends of justice outweigh the public's and defendant's interest in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with Assistant U.S. Attorney Kathleen Servatius who has expressed no objection to the instant request.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

**IT IS SO STIPULATED**.

Dated: November 7, 2014.        Respectfully submitted,

                                NUTTALL & COLEMAN


                                By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    EFREN ABRAMHAM LOPEZ

Dated:  November 10, 2014.      BENJAMIN B. WAGNER
                                United States Attorney


                                By /s/ KATHLEEN SERVATIUS
                                    KATHLEEN SERVATIUS
                                    Assistant U.S. Attorney

///

///

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Status Conference currently scheduled on November 14, 2014, at 1:30 p.m. before Judge McAuliffe, is continued to **December 10, 2014, at 1:30 p.m.** before the Honorable Sheila K. Oberto.  The parties are directed to inform Judge Oberto if this case is a conflict case.

IT IS SO ORDERED.

Dated:   **November 10, 2014**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE