**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, EFREN ABRAHAM LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 1:03-cr-05111-AWI-4 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| **EFREN ABRAHAM LOPEZ,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for April 27, 2015, at 10:00 a.m. be continued to **July 27, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

The need for a continuance is based upon defense counsel's need for additional time to conduct defense investigation respecting the ongoing collateral and related case which is pending in the Central District of California, and to be able to fully advise the defendant.

Accordingly, counsel respectfully requests that the Sentencing Hearing relative to Efren Abraham Lopez be continued to July 27, 2015, at 10:00 a.m.

///

1

The parties stipulate and agree that time can be excluded from April 27, 2015, to, and including, July 27, 2015, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendant's interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with both Assistant U.S. Attorney Kathleen Servatius and also, Probation Officer Philip Hendley, who have expressed no objection to the instant request.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

**IT IS SO STIPULATED**.

Dated: April 22, 2015.          Respectfully submitted,

                                NUTTALL & COLEMAN


                                By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    EFREN ABRAMHAM LOPEZ

Dated:  April 22, 2015.         United States Attorney


                                By /s/ KATHLEEN SERVATIUS
                                    KATHLEEN SERVATIUS
                                    Assistant U.S. Attorney

///

///

///

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on April 27, 2015, at 10:00 a.m., is continued to **July 27, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   April 22, 2015

SENIOR  DISTRICT  JUDGE

3