1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  Attorneys for Defendant, EFREN ABRAHAM LOPEZ

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10 | **UNITED STATES OF AMERICA,** | No. 1:03-cr-05111-AWI-BAM |
11 | Plaintiff, | STIPULATION AND ORDER |
12 | v. | CONTINUING SENTENCING HEARING |
13 | **EFREN ABRAHAM LOPEZ,** | |
14 | Defendant. | |

15

16     **IT IS HEREBY STIPULATED** by and between the parties hereto
17 that the Sentencing Hearing currently scheduled for October 5,
18 2015, at 10:00 a.m. be continued to **December 7, 2015, at 10:00**
19 **a.m.** before the Honorable Anthony W. Ishii.
20     The need for a continuance is based upon defense counsel's
21 need for additional time to conduct defense investigation
22 respecting the ongoing collateral and related case which is
23 pending in the Central District of California, and to be able to
24 fully advise the defendant.
25     Accordingly, counsel respectfully requests that the
26 Sentencing Hearing relative to EFREN ABRAHAM LOPEZ be continued
27 to December 7, 2015, at 10:00 a.m.
28 ///

1

The parties stipulate and agree that time can be excluded from October 5, 2015, to, and including, December 7, 2015, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendant's interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with both Assistant U.S. Attorney Kathleen Servatius and also, Probation Officer Philip Hendley, who have expressed no objection to the instant request.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

**IT IS SO STIPULATED**.

Dated: September 29, 2015.     Respectfully submitted,

NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    EFREN ABRAMHAM LOPEZ

Dated:  September 29, 2015.    United States Attorney


By /s/ KATHLEEN SERVATIUS
    KATHLEEN SERVATIUS
    Assistant U.S. Attorney

///

///

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on October 5, 2015, at 10:00 a.m., is continued to **December 7, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   September 30, 2015                              _____
                                                                                  SENIOR DISTRICT JUDGE